# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal Case No. 3:00cr00014-2 |
| | ) | |
| v. | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| **DARRELL DORIAN MIGGINS.** | ) | |
| | ) | **2255 FINAL ORDER** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Miggins' motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Miggins has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

Entered this 31st day of January, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE