CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

NOV 0 8 2019

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

UNITED STATES DISRTICT COURT

WESTERN DISTRICT OF VIRGINIA

(CHARLOTTESVILLE DIVISION)

DARRELL DORIAN MIGGINS

Petitioner                    Case No. 3:00-cr-00014

V.

UNITED STATES OF AMERICA,

Respondent

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The Petitioner, Darrell Dorian Miggins, (hereinafter Petitioner) pursuant to **18 U.S.C. 3585(e), 3553(a)** and **Rule 32.1 Fed. R. Civ. P.** files this Motion for Early Termination of Supervised Release.

### I. INTRODUCTION

Petitioner seeks an Order from this Court terminating his 5year term of supervised release early based on him for filling all said obligation that's been placed on him by said Court since being placed on supervised release.

### II. BACKGROUND

On or about February24, 2000 a grand jury sitting in the Western District of Virginia returned a 1 count indictment charging Petitioner with Possession of Cocaine with intent to Distribute, in violation of **21 U.S.C. 841(a)** on November 16, 2000, the court sentenced Petitioner to 210 months imprisonment and a term of 5 years Supervised Release.

## III. MEMORANDUM OF LAW

The relevant statute provides that a court may, after considering several of the factors set forth in **18 U.S.C. 3553,** "Terminate any term of supervised release and discharge the defendant at any time after the expiration of one year of supervise release… if it is satisfied that such action is warranted by the court of the defendant release and the interest of justice". **18 U.S.C. 3583 (e).** Courts have held that this remedy is typically warranted in cases presenting changed circumstance, such as when a defendant has demonstrated "exceptionally good behavior," **United States v. Lussier, 104 f.3d 32, 36 (2nd Cir. 1997).**

Under 3583(e)(1), after considering the factors set forth in 3553(a), a court may terminate a term of supervised release in which the defendant has already served at least 1 year. **Id.** Supervised release was designed to "ease the defendant's transition into the community." **United States v. Pugh, 515 F.3d 119 (11th Cir.2008).** That is, to "improve the odds of a successful transition from prison to liberty." **Johnson v. United States, 529 U.S. 694, 708-09.** The goal is, in part, to facilitate training and rehabilitation. **Id.**

## IV. REASONS FOR EARLY TERMINATION

Since being released from prison and being placed on supervised release, Petitioner has been a model citizen. Petitioner has maintained gainful employment, completed post-release drug counseling, along with other self-help courses. He has successfully completed 52 months of his supervised release term-over 50%. Petitioner has abided by all rules and regulations proscribed by his supervised release officer(s) and this Court. Furthermore, Petitioner has distanced himself from people and places that could exert and negative impact and criminal influences upon his life, and that could lead down the oft-travelled road of recidivism. Upon speaking to his probation officer, Dang Ly, and expressing his intent to file a motion for early termination of supervised release, United States Probation Officer Dang Ly was not in opposition to Petitioner being granted relief from this Court.

## V. CONCLUSION

When this Honorable Court considers the factors under **18 U.S.C 3553** as it relates to this case and the request before it, it can be reasonably concluded by this Court that the Petitioner is no longer a viable candidate for continued supervision. Petitioner's conduct is in harmony with the primary goal(s) of supervised release, "to improve the odds of a successful transition back into

the community, and to facilitate training and Wherefore, Petitioner prays that this Honorable Court issues an Order Granting Motion for Early Termination of Supervised Release.

Respectfully submitted,

*[signature]*

Darrell Dorian Miggins

4578 Innsbrook Court

Stone Mountain, GA 30083

**DENISE N. ELDER**
Notary Public
Dekalb County, Georgia
My Commission Expires
03/03/2020




D. Miggino
4578 Innsbrook Ct.
Stone Mtn. GA. 30083

United States District Court
Office of the Clerk
255 West Main Street Room 304
Charlottesville, VA 22902

22902-505879